AO 442 (Rev. 11/11) Arrest Warrant

**DETAINER**

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

United States of America
v.
Kevin Wallin

*Defendant*

Case No. 3:13cr011(AVC)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kevin Wallin ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 USC Section 846, 841(a)(1) and 841(b)(1)(A) Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine

21 USC Section 841(a)(1) and 841(b)(1)(C) Possession with Intent to Distribute and Distribution of Methamphetamine

Date: 01/15/2013

*Issuing officer's signature*

City and state: Bridgeport, CT

Janet Barrille, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 1/15/13 , and the person was arrested on *(date)* 1/3/13
at *(city and state)* BRIDGEPORT, CT

Date: 2/5/13

*Arresting officer's signature*

MICHAEL NOVAK WARRANT COORDINATOR USMS
*Printed name and title*

FILED
2013 JUL 2 PM 2 07
U.S. DISTRICT COURT
NEW HAVEN, CT.

AO 442 (Rev. 11/11) Arrest Warrant

DETAINER

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

United States of America
v.
Kenneth Devries, aka Lyme

*Defendant*

Case No. 3:13cr011(AVC)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Kenneth Kevries, aka Lyme, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 USC Section 846, 841(a)(1) and 841(b)(1)(A) Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine

FILED 2013 JUL 2 PM 12 08 U.S. DISTRICT COURT NEW HAVEN, CT.

Date: 01/15/2014 3

Janet Barrille
*Issuing officer's signature*

City and state: Bridgeport, CT

Janet Barrille, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 1/15/13, and the person was arrested on *(date)* 1/3/13 at *(city and state)* WATERBURY, CT.

Date: 2/5/13

*Arresting officer's signature*

MICHAEL NOVAK, WARRANT COORDINATOR WPD
*Printed name and title*