# EXHIBIT L

**The Concepts of Heaven and Hell – Kevin Wallin**

You are correct. The ancient Hebrews did not have an understanding of eternity such as the Christians were to develop. Based upon Genesis where God "breathes" life into the man whom He has created out of the dust, the Hebrews understood it was the "Ruah[1] Yahweh," the "breathe of God," that gave us life. We understand this divine breath to be our soul. Because it is God's essence, it is like Him, eternal. So our soul never dies. The Hebrews understood this idea and often referred to that immortal part of us as our spirit or shade[2]. When a person died, their spirit went to Hades – the place of hades. It did not die, so it had to "go" somewhere. That somewhere was not a place of punishment or reward. It was just existence. The Old Testament develops this understanding over time. The best example of this would be the story of how King Saul goes to the witch of Endor, a necromancer[3], to have the shade of Samuel raised so Saul could speak to the last of the Judges. You will find this in I Samuel 28:4-25.

The evolution of the idea of the afterlife being a place of reward or punishment does begin in the Hebrew Scriptures. The Book of Job is often quoted in this regard. But one must be cautious with Job because his "Vindicator" or "Redeemer" is really someone who will do those things in this life, to show that Job had not sinned or offended God. The Hebrew idea of God involved His rewarding or punishing us in this life. You are familiar enough with the ideas demonstrating this. When a woman cannot have children she is thought to be cursed by God. That is why someone like Elizabeth or Hannah or Sarah says that God has lifted His punishment from them when they conceive or give birth. Also punished was a person born with a handicap

---

[1] **Ruah** – "Spirit of the Lord"
[2] **Shade** means the spirit or ghost of a dead person, residing in the underworld.
[3] **Necromancer** is a person who practices necromancy, which is the practice of supposedly communicating with the spirits of the dead in order to predict the future.

– like the man born blind in John's Gospel (John 9:1-40). *"Whose sin is it that caused this man to be born blind?"* On the other hand, a person with many sons (Jesse, Jacob) was considered blest by God. In Job's case, all those children, flocks, herds, etc. were God's reward for his faithfulness.

In the Old Testament, God punishes those who sin, even His entire people. He sends them into captivity in Babylon[4] because of their worship of false gods and for forgetting His covenant. So God clearly punishes and rewards. This is where the idea that God sends us *"a cross"* to bear comes from. That is not a New Testament idea however. Jesus doesn't say that God sends evil or suffering or hurt or punishment. Recall His answer about the man who was born blind. He says *"It was no one's sin that caused it, rather that the glory of God could be revealed."*

So for the Jews, it is in this life that all reward or punishment happens. In Hades, one's eternal spirit simply exists.

By the last couple hundred years before Christ this begins to change. The idea that in the next life there is punishment begins to emerge. In the apocalyptic books – more or less 200 BC to 200 AD – the idea germinates that we can affect all this. The most famous passage is 2 Maccabees 12:38-46. This is from around the end of the Second Century BC, so falls into that apocalyptic period. It differs from more traditional Hebrew views of what awaits the dead. They held that those who had good things in this life – take Job for example – would not rise again. They had their reward. Their spirits would remain in Hades for eternity. Those who were godly – good, just, abided by the Jewish law, etc. if they did not receive their *"reward"* in this life by

---

[4] **Babylonian Captivity** occurred when the Jews were forced into exile by the Chaldean (Babylonian) King Nebuchadnezzar from 587-538 BC.

having children, prosperity and so forth it, they would rise for the millennium; the 1,000 year reign when God (Yahweh) would establish His kingdom of goodness and justice so that those deprived of those things for whatever reason, could enjoy them. They would have decent lives, with offspring who will live in peace and die at a happy old age. This is their sense of *"resurrection"*. It was not eternal. It was not heaven. It was a return to this life, but to a happy one. And it would end.

And remember, it was not for everyone. Only for the just and among them, those who had had their reward had it. No *"resurrection"* for them. Those who were evil, they were finished period.

But if you read Maccabees, you'll see a slight shift in all this. There is a bit more *"salvation"* emerging.

Jesus was to change this view. Or perhaps I should rather say, develop it further. He takes the principal elements of reward and punishment and Jewish post-death concepts, and alters them considerably.

Our eternal soul is still eternal. But it leaves our bodies and enters a state of reward or punishment. Jesus clearly teaches that for the "good" there is eternal reward, and for the evil there is punishment. Take Matthew 25: 31-46. That is a perfect example of the distinction.

Jesus offers many other insights in His preaching and healing to illustrate this shift. Remember, he was a rabbi, with a following. He was a man of His own time. By this time these ideas were, as I said above, already emerging. By whatever divine insights Jesus had, by the nature of His relationship with His Heavenly Father, through prayer, by virtue of His own experience and power, Jesus came to teach something beyond the current rabbinical concepts.

Over and over he tried to change the understanding of God. Consider the parable of the forgiving father. Not the prodigal son! (Luke 15:11-32). This is a different view of God than the one the Jews embraced-harsh, judgmental, exacting. This is not a father who sends evil or suffering or disease. Everything about Jesus teaching, and belief, was about the Father who was forgiving, healing, merciful, loving and patient. Jesus' own healing miracles were designed to give witness to this, and of course, to demonstrate that He came to fulfill the prophesies. All the Old Testament prophesies spoke of miracles, wonders, and peace that would come when the MESSIAH appeared. Think Isaiah, Jeremiah, or Handel's *Messiah*.

Consider the parable of the rich man and Lazarus (Luke 16:19-31); the man born blind which I mentioned above; the workers in the vineyard hired later in the day (Matthew 20:1-16). There are plenty of examples.

So the Christian concept of the afterlife is greatly shaped by Jesus during His lifetime.

Then there are the post–resurrection experiences. By appearing to His disciples, talking with them, eating with them, coming and going, etc., Jesus demonstrates that there not only is some eternal existence, but also that it is more than *"shades"*. He is alive. He is the same but changed. They can recognize Him once He calls their names or they overcome their disbelief – having seen Him die and be buried.

It fell to his disciples, then, to develop this truth of the new life and bear witness to it.

When I say it fell to Jesus' disciples to develop His teachings, you must remember that this includes all the Gospels. All of them were composed after Jesus' death, resurrection and ascension. He had departed from their company before the Gospels are even begun. We are not exactly sure of the timing, but generally Scripture scholars would place the Gospel of Mark

in the late 60's AD. Some might even put it at 70 or 71 AD. Matthew would be next, in the 70's, after the destruction of the Jewish Temple in Jerusalem by Titus[5] in 70 AD. Luke would generally be attributed to the period 80-90 AD. And one must remember that the Acts of the Apostles is really Book II to Book I (the Gospel). So Acts comes from the same period as the Gospel, which is after the events recounted in Acts have taken place. John is always attributed to the final decade of the First Century AD; sometime after 90 AD.

Thus, the Gospels themselves are *"developments"* of Jesus' teaching. They recount His life, but do so in ways designed to emphasize certain points of view.

St. Paul really predates all of them. We believe he had his encounter with Jesus on the road to Damascus only a few years after Jesus' death. He is present at the stoning of St. Stephen, and after it, he leaves Jerusalem for Damascus. He is to remain with the young *"Christian"* community there for almost three years. This is his tutorial, his catechism classes. So let's say then that by the year 40 AD or so Paul (nee Saul) is proclaiming his faith in Jesus as the Messiah. Paul's letters are dated from the early 40's until his death around 66-67 AD. So they are older that the written Gospels.

Paul, of course, develops the Christian understanding of eternity more than anyone else. This flows from his personal experience of the Risen Christ. Exactly what that might have been we don't really know. Paul never describes his meeting Jesus. While he is learning about Jesus'

---

[5] **Titus** was a Roman emperor who ruled the Roman Empire from 79-81 AD. He was the oldest son of the Emperor Vespasian who reigned from 69-79 AD. However before he became emperor, Titus was acclaimed the war leader of Rome and charged with the task of ending the Jewish rebellion against Roman rule. He conquered and destroyed Jerusalem and lay waste the second Temple in 70 AD. Solomon's Temple was destroyed by the Babylonians in 587 BC, while the Temple Titus destroyed was built by Herod the Great. Today in Rome at one end of the ancient Roman Forum still stands the Arch of Titus which has a relief on it depicting the Jews being marched into slavery and exile.

teachings he obviously applies his own experience to the witness he receives and consequently begins to emphasize this new life we are to have with Christ.

Throughout Paul's letters he stresses this. First he emphasizes that Christ Himself is risen from the dead (Romans 8:11, 1 Corinthians 6:14, I Thessalonians 4:14, Philippians 3:10-11). His strongest statement is in I Corinthians:

> *But if Christ is preached as risen from the dead, how can some among us say there is no resurrection of the dead? If there is no resurrection of the dead, then neither has Christ been raised. And if Christ has not been raised, then empty is our preaching; empty too, your faith. Then we are all false witnesses to God because we testified against God that he raised Christ, whom he did not raise if in fact the dead are not raised. For if the dead are not raised, neither has Christ been raised, and if Christ has not been raised, your faith is in vain; you are still in your sin. Then those who have fallen asleep in Christ have perished. If for this life only we have hoped in Christ, we are the most pitiable people of all.* (I Corinthians 15:12-19).

Notice the shift from the idea that the Messiah will bring with his coming the period when the just shall return to this life for their reward, to the concept that life with Christ is beyond this life.

We are now shifting the concept of Hades to that of heaven.

There are many similar passages in St. Paul, but I don't need to go into them now. I only want to illustrate that with him and later with the Evangelists, the Christian understanding of the next life as a mode of existence that involves reward or punishment, life or death, comes into focus.

All these authors take Jesus' parables as the basis for this shift, and run with it.

The early Fathers of the Church carry this development forward. You can find it in Augustine of Hippo[6], Cyril of Jerusalem[7], Tertullian[8], Irenaeus[9] and more. Essentially they treat the eschatological realities as they do all the other theological ideas they are considering, they engage in the give and take that eventually becomes our doctrine.

In the Scholastic Period all this debate and reflection and argumentation begins to be codified in the decrees of the Ecumenical Councils held in the first centuries of the second millennium of Christianity. These were initially held at the Lateran Basilica (i.e., Italian: San Giovanni in Laterano; English: St. John Lateran). The earliest locations for formal Ecumenical Councils, such as Nicaea (325) and Chalcedon (451) were all in Turkey. After the rise of *"papal primacy"* Rome begins to take over as the location for such gatherings. Five Councils were held at the Lateran and Lateran IV (1215 AD) is the one which really defined the basis for the Church's theological positions on heaven, purgatory, and hell. It also declared that our mortal bodies will be rejoined to our immortal souls after death, at the end of time. This was one of the questions that had to be settled in terms of what it meant to *"rise from the dead"*. If Jesus is the pattern then we ultimately experience eternity like Him: body and soul. Lateran IV also touches upon the disposition of our reunited selves; that is, where we have this existence. Those three "states of being" are specified. Those definitions are further refined at the Second Council of Lyon in 1274, at the Council of Florence (1438-1445) and the Council of Trent (1545-1563).

---

[6] **St. Augustine,** Bishop of Hippo (354-430)
[7] **Cyril of Jerusalem** (313-386), was a distinguished theologian of the early Church.
[8] **Tertullian** (160-225), was a prolific early Christian theologian and writer who made great and lasting contributions to the Catholic doctrines of the Trinity, etc.
[9] **Irenaeus** (130-202) was the Bishop of Lyon, whose  writings were formative in the early development of Christian theology.

Lyon is an important Council in this era and especially in terms of the Sacraments. It is Lyon, France, of course. The pope at the time was (Blessed) Gregory X. It was at this Council that cardinals received red hats for the first time. This was to distinguish them from other bishops. At that time there was no uniform attire for the hierarchy. It was not possible to tell bishops, abbots, archbishops, and cardinals apart. So at the suggestion of a female royal personage[10] of the period the pope gave the Princes of the Church red hats to set them apart.

This Council had some very famous participants. St. Bonaventure was there, often referred to as the *"second founder"* of the Franciscans (Francis died in 1226). He was to die later that year (15 July). Also in attendance was Albert the Great, Bishop of Cologne (1280). At the time (1280), Thomas of Aquin was in route when he died on 7 March. He was not a bishop, but was to be a theological advisor. Albert, as you probably know, was his teacher.

For our purposes, Lyon II firmly establishes that most of those who died must undergo a form of purification before they are ready to enter the perfection of heaven. Because Scripture makes specific reference only to heaven and hell, there was a good deal of discussion about the concept of purgatory. I could go into some the characteristics that were associated with it, but you know enough about medieval theology and the fear encouraged by the Church to know it was a sort of temporary hell; most often associated with fire.

These definitions of the states of being after natural death were further refined and/or declared at Florence during the session of 1439, and at Trent in 1563. You know these Councils did not meet continuously during the years of their duration. Trent lasted 18 years (and five popes). There were gaps between sessions. You may be more familiar with Vatican II, which

---

[10] **Margaret of Provence** (1221-1295, who was the wife of King Louis IX (St. Louis).

was convoked by John XXIII in September 1962 and ended in December 1965. The fathers only met from September through November or December of those years.

These Councils I have cited (not Vatican II) dealt with heaven as a place of perfect happiness and fulfillment; and hell as damnation and punishment.  The Roman Catholic Church's teaching on heaven and hell is that they are permanent, eternal. Purgatory, as I said, is temporary.

Traditionally *time* is associated with eternal things. One of the big issues for Martin Luther and other Reformers was the question not only of the existence of Purgatory, but also of indulgences and the *time they remitted.* This type of language is used because our ability to conceive of things is always effected by time - how long they last and so forth. But God is above time, outside of time. I usually describe God is this regard by saying (perhaps you've heard me) *"There is no time with God. With God it's always now."* So what exactly the nature of this purification prior to heaven may be, we do not know. But a more proper understanding would be that it occurs in an instant; in as St. Paul says*, "In the twinkling of an eye."*

One of the big problems in the common understanding of these situations has to do with their being *"places".* They are not places, they are states of being. God is everywhere, so to be in His presence is not to be in one location. Where can we run from God or hide from Him as the Psalms says. You may recall that several years before he died Blessed Pope John Paul II, in one of his weekly Wednesday audience talks, made the statement that heaven and hell are not places but states of being. A furor ensued. People thought he was pronouncing something new. But he wasn't. The problem is that everyone is taught as a child that we *"go to"* heaven. It's where God is. We conceive of it as a place to make it intelligible, especially to children. But the

Church doesn't teach that. The Catechism of the Council of Trent (published after the Council by Pope St. Pius V in 1570) does use such language. But we know that is not accurate. All John Paul II was doing was being accurate is his theology. As Edward would say often, the pope was being "crystalline clear". Sadly, what should have been a reaffirmation of the accepted teaching became a cause for controversy.

Since your students referred to the pains (punishment) of hell, when answering your questions about breaking the Mosaic Law, that belief was clearly stated at these major Renaissance Councils, and subsequently in the Catechism of 1570. That is mortal sin would land one in hell. However, this is a Christian concept, not a Hebrew one. Moses or those who explained the law ascribe to him, knew no such concept.

For the record, some of this (the theology not the history) can be found in the Catechism of the Catholic Church published in 1992. You know that it is only the second Catechism of the Church Universal ever published. Various countries, dioceses, etc  have published their own catechisms; purportedly based upon the Catechism of 1570. The Baltimore Catechism, published in our country in 1885, is an example.

A final note. No discussion of this topic is complete without touching upon Limbo.

Limbo was never defined by the Church. Heaven, purgatory and hell were defined as I have shown. Limbo was not. It is a theological construct designed to solve a problem.

Going back to Jesus Himself, the Church has understood that *"unless one is born again of water and the Holy Spirit one cannot enter the kingdom of heaven"* (John 3:5). In one way, shape or form the Church has tried to understand the meaning of this and implement it. The person among the Fathers of the Church who best formalized the early positions on this was

Augustine (d. 430). His doctrine on *original sin* becomes the norm. The problem then in a nutshell, becomes this. To go to hell, one must freely choose to reject God - live in mortal sin. A baby, for that matter a child, cannot do that. Thus children cannot go to hell. However, without Baptism a person cannot go to heaven. This is classically stated as *"extra ecclesia nullus salus."* Outside the Church there is no salvation. This was traditionally applied to heretics, schismatics, the unbaptized, and anyone else not part of the Roman Catholic Church. So, we have a dilemma. Any unbaptized child cannot go to heaven, but also cannot go to hell. Since these are the only eternal states of being, what happens to their immortal souls?

Limbo becomes the answer. It is a place of natural but not supernatural happiness.

While Limbo found its way into catechisms and every child learned about if for centuries, it was never part of the Church's official theology. It was never defined by an Ecumenical Council. It was a solution to an unsolvable dilemma given the definitions of heaven, purgatory and hell.

When John Paul II published the 1992 Catechism limbo was not mentioned. Nowhere does the word appear. It was not even included as an idea that has been abandoned. It was never officially taught, so it was not officially rejected. I used to say when I taught or preached on this subject – *"I defy you to find the word limbo anywhere in the 1992 Catechism."* It isn't there.

The 1992 Catechism dealt with these eschatological topics in the First Part, the one built around the phrases in the Creed. You can read about them there.

One more useful piece of this puzzle. Pope Benedict III (1334-1342) between the Councils of Lyon II and Florence, put out a document entitled *"Benedictus Deus"* in 1336. It was

to become one of the pivotal elements in the development of this theology from 1274 to 1438.

You can google it I suspect. If not, you can find it in a set of volumes entitled Denzinger's.[11] It is

a compendium of the Church's teachings.

---

[11] **Heinrich Joseph Dominicus Denzinger (1819-1883),** a German Catholic theologian, who wrote *Catholic Dogma*, a great work which traces the development of doctrine and Dogma in the Catholic Church from its earliest times.