# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.   CRIMINAL NO: 0205 3:13CR00011(AVC)

KEVIN WALLIN

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On May 7, 2015, Kevin Wallin appeared before the Honorable Alfred V. Covello, Senior United States District Judge, having pled guilty to Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846. Mr. Wallin was sentenced to 65 months' imprisonment to be followed by a term of 60 months' supervised release.

WHEREAS, at a Violation Hearing before this Court on April 19, 2018, Mr. Wallin, who was represented by counsel and given an opportunity to be heard, admitted to violations of supervised release regarding drug use, possession of a controlled substance, and failure to answer truthfully all inquiries by the Probation Officer. At that time, the defendant requested through counsel that he be allowed to remain on supervision and afforded the opportunity to resume his course of treatment. In addition, counsel requested that he be placed on electronic monitoring and allowed to complete a sanction imposed by Support Court directing Mr. Wallin to attend 30 community support meetings in 30 days.

At the hearing, the Court agreed to allow Mr. Wallin to continue on his term of supervised release with modifications to the special conditions. Additionally, the Court ordered and advised Mr. Wallin that a sentenced of 9 months' imprisonment, to be followed by a term of 48 months' supervised release, shall be imposed pursuant to any violation of the conditions of supervised release and the modifications imposed herein. Mr. Wallin acknowledged the Court's Order and waived his right to any further proceedings. Upon notification of an additional violation of supervised release by the U.S. Probation Office, the Court will order Mr. Wallin to surrender to the Federal Bureau of Prisons for service of 9 months' incarceration and subsequent 4 year term of supervised release.

IT IS ORDERED that the conditions of supervised release be modified to include the following:

1. You shall complete the imposed Support Court sanction, directing you to complete 30 community support meetings in 30 days to be verified by U.S. Probation Office.

2. You will be subject to home detention with location monitoring for four months. You must comply with all of the program requirements and instructions provided. While on home detention, you shall be restricted to your residence at all times except for the following: appointments with counsel, court appearances, appointments with the U.S. Probation Office, medical, mental health, or substance abuse treatment, religious services, Court-ordered obligations and other activities as approved by the Probation Office, which include participation in Support Court. You must pay all or a portion of the cost of the program based on his ability to pay as determined by the Probation Office and approved by the Court.

3. You shall participate in a cognitive behavioral treatment program as directed by the probation officer. Such program may include participation in a program such as Moral Reconation Therapy (MRT) administered by the Probation Office.

All other aspects of the original judgment shall remain in full force and effect.

Signed and dated at Hartford, Connecticut, this 26th day of April, 2018.

/s/ Covello
The Honorable Alfred V. Covello
Senior United States District Judge