# UNITED STATES DISTRICT COURT
## for
## Connecticut

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Kevin Wallin**

Docket Number: 0205 3:13CR00011-001

Sentencing Judicial Officer: Honorable Alfred V. Covello, Senior United States District Judge

Date of Original Sentence: May 7, 2015

Original Offense: Conspiracy to Possess with Intent to Distribute Methamphetamine

Original Sentence: 65 Months' Bureau of Prisons; 60 Months' Term of Supervised Release

Type of Supervision: Supervised Release     Date Supervision Commenced: November 9, 2016

AUSA: Patrick F. Caruso     Defense Attorney: Kelly Barrett, AFD

---

### PETITIONING THE COURT

☐ To issue a summons for a compliance review hearing
☒ To issue a summons for a violation hearing
☐ To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| | |
|---|---|
| Charge # 1<br>Mandatory #2 | The defendant shall not unlawfully possess a controlled substance. |
| Charge # 2<br>Mandatory #4 | The defendant shall refrain from any unlawful use of a controlled substance.<br><br>On August 10, 2018, Mr. Wallin submitted to a drug screen at Connecticut Renaissance, Inc. which was sent for further testing. On August 22, 2018, the Probation Office was notified that the noted screen resulted positive for the presence of amphetamine. |

U.S. Probation Officer Recommendations:
On April 19, 2018, Mr. Wallin appeared before this Court for a violation hearing. On that date, Mr. Wallin admitted to the noted violations of supervised release regarding drug use, possession of a controlled substance, and failure to answer truthfully all inquiries by the Probation Officer. At that time, the defendant requested through counsel that he be allowed to remain on supervision and afforded the opportunity to resume his course of treatment. Mr. Wallin's counsel also requested that he be placed on electronic monitoring and allowed to complete a sanction imposed by Support Court, directing him to attend 30 community support meetings in 30 days. The Court agreed to allow Mr. Wallin to continue on his term of supervised release with the noted modifications to the special conditions. In addition, Mr. Wallin was ordered to participate in a cognitive behavioral treatment program as directed by the Probation Office.

Additionally, the Court ordered and advised Mr. Wallin that a sentence of 9 months' imprisonment, to be followed by a term of 48 month's supervised release, shall be imposed pursuant to any further violations of the conditions of supervised release and the modifications imposed therein. The defendant was advised that upon notification of an additional violation of supervised release by the U.S. Probation Office, the Court would order Mr. Wallin to surrender to the Federal Bureau of Prisons for service of 9 months' incarceration and subsequent 4 year term of supervised release. At that time, Mr. Wallin acknowledged the Court's order and waived his right to any further proceedings.

As such, Mr. Wallin has rendered a positive drug test for amphetamine, failing to follow the conditions of supervised release by re-engaging in the illegal use of drugs. Therefore, it is respectfully requested that a summons be issued, so that Mr. Wallin may appear before the Court for a sentencing hearing.

I declare under penalty of perjury that the foregoing is true and correct.
Executed On    August 23, 2018

Jorge Vargas
U.S. Probation Officer

**THE COURT ORDERS:**

☐ No Action
☐ The issuance of a summons for a compliance review hearing  Date: _____
☒ The issuance of a summons  Date:  8/30  3:00 PM
☐ The issuance of a warrant
☐ Other

_/s/ Covello_
Signature of Judicial Officer

8/24/18
Date